UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RONDELL T. WILLIAMS,

    Plaintiff,

                                    Case No. 13-11907
                                    HON. GERSHWIN A. DRAIN

vs.

THE COMMISSIONER OF
SOCIAL SECURITY,

    Defendant.

_____/

## ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION [#20], DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT [#15], GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT [#18], AND AFFIRMING THE COMMISSIONER'S FINDINGS

This matter is before the Court on the parties' Cross-Motions for Summary Judgment as to Plaintiff Rondell T. Williams' claim for judicial review of Defendant Commissioner of Social Security's ("the Commissioner") denial of his application for supplemental security income benefits.  The matter was referred to Magistrate Judge Charles E. Binder, who issued a Report and Recommendation on July 16, 2014, recommending that the Court deny Plaintiff's Motion for Summary Judgment, grant Defendant's Motion for Summary Judgment, and affirm the Commissioner's findings. Neither party has filed objections to the Magistrate Judge's Report and Recommendation, and the time for filing objections has expired.  *See* 28 U.S.C. § 636(b)(1)(C).

Upon review of the parties' briefing and the Magistrate Judge's Report and Recommendation, the Court concludes that the Magistrate Judge reached the correct conclusion. Therefore, the Court hereby ACCEPTS and ADOPTS Magistrate Judge Binder's July 16, 2014, Report and Recommendation [#20] as this Court's findings of fact and conclusions of law. Plaintiff's Motion for Summary Judgment [#15] is DENIED. Defendant's Motion for Summary Judgment [#18] is GRANTED.

This cause of action is dismissed.

SO ORDERED.

Dated: August 14, 2014

/s/Gershwin A Drain
GERSHWIN A. DRAIN
UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
August 14, 2014, by electronic and/or ordinary mail.
/s/ Tanya Bankston
Deputy Clerk